**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BRACKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS, NAPA STATE HOSPITAL, DOLLY MATTEUCCI, CINDY BLACK, KATIE COOPER, HAROLD COLLINS, FIONA MONTA, ELPIDLO CAPICOY, and DOES 1–20, inclusive,<br><br>    Defendants.<br>                               / | No. C 15-03351 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

     Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions.

Dated: May 25, 2016.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE