KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
WIL FONG (SBN 154303)
DANIEL B. ALWEISS (SBN 191560)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2114
 Facsimile: (510) 622-2121
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BRACKIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS; et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 15-cv-03351-WHA<br><br>**STIPULATION AND (Proposed) ORDER PERMITTING MENTAL EXAMINATION OF SHAWN BRACKIN PURSUANT TO FRCP RULE 35**<br><br>Judge　　　Honorable William Alsup<br>Trial Date:　December 5, 2016<br>Action Filed:　June 24, 2015 |

THE PARTIES HEREBY STIPULATE, through their respective counsel, to the following:

1. Plaintiff Shawn Brackin (Plaintiff) will continue to participate in a neuropsychological evaluation by Alison Weber, Ph.D., Staff Psychologist, who is board-certified in neuropsychology, and is licensed to practice in the State of California.

2. The examination will take place at the California Department of State Hospitals (DSH) – Napa, 2100 Napa-Vallejo Highway, Napa, CA 94558-6293, on a date and time that is mutually convenient to Plaintiff and Dr. Weber.

3. The purpose of the evaluation is to assess Plaintiff's claim of traumatic brain injury, which is the subject of this action. The examination will consist of a neuropsychological interview between Plaintiff and Dr. Weber, and the administration of neuropsychological tests,

1

including but not limited to the Wechsler Adult Intelligence Scale, Validity Indicator Profile, Word Reading from Wide Range Achievement Test, Visual Discrimination from Test of Visual Perception Skills, Reitan-Klove Sensory Perceptual Examination, Coding and Verbal Fluency tests, Behavioral Dyscontrol Scale, Dynamometer Grip Strength, and Finger Tapping. No tests that have been completed by Plaintiff in the last 60 days will be repeated unless the parties so stipulate.

4. Only Plaintiff and Dr. Weber will be present in the examination room while testing is performed.

5. Plaintiff shall be cooperative to the best of his ability during the examination, and will make himself available for a total of an additional six (6) hours or until completion of the examination, whichever is sooner. Reasonable breaks for personal comfort or necessity will be taken as needed. Times for breaks are not included in calculating the length of the examination. Additional time for testing may be added by mutual agreement of the parties or further order of this Court.

7. Defendant DSH-Napa shall bear the cost for the mental examination.

8. Except as provided in this Order, the mental examination shall be governed by Federal Rule of Civil Procedure 35.

**SO STIPULATED:**

Dated: July 18, 2016

KARL J. FRISINGER, ESQ.
COOMBS & DUNLAP, LLP

   */s/Karl J. Frisinger*
KARL J. FRISINGER, ESQ.
*Attorneys for Plaintiff Shawn Brackin*

Dated: July 18, 2016

KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

   */s/Wil Fong*
WIL FONG
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.

**SO ORDERED.**

Dated: July 19, 2016.

_____
HON. WILLIAM ALSUP
United States District Court Judge

OK2015900431
90673408.docx