| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Karl J. Frisinger, SBN 278773<br>Coombs & Dunlap, LLP<br>1211 Division Street<br>Napa, California 94559<br>Telephone: (707) 252-9100<br>Facsimile: (707) 252-8516<br><br>Attorneys for Plaintiff<br>SHAWN BRACKIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHAWN BRACKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS; NAPA STATE HOSPITAL, ET AL,<br><br>    Defendants. | No. 15-CV-03351-WHA<br><br>**JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER**<br><br>**Judge:** Hon. William ~~H.~~ Alsup<br><br>**Trial Date:** December 5, 2016<br>**Action Filed:** June 24, 2015 |

On November 2, 2015, this Court filed a Case Management Order in this matter. Document No. 22. In this Joint Request for modification of the Case Management Order, the parties respectfully request that the Court modify two of the cutoff dates set forth in the Pretrial Scheduling Order. Specifically, the parties request that the Court extend the following deadlines:

1. Continue the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") from July 29, 2016, to September 2, 2016 and continue all corresponding expert disclosures and expert discovery pursuant to the times set forth in the Case Management Order.

2. Continue the deadline to file dispositive motions from September 1, 2016 to September 30, 2016.

The parties request that all other dates set forth in this Court's November 2, 2015 Order

remain in effect.

    The parties make this request for good cause. The parties cooperatively participated in fact discovery. The parties have also been working cooperatively in scheduling and conducting neuropsychological medical examinations of Plaintiff; however, the parties need additional time to complete these complex and time consuming examinations. In addition, the parties are currently scheduling mediation for mid to late August. The parties believe the chances for settlement will be increased if the discussions take place after the neuropsychological examinations have been completed.

**SO STIPULATED:**

Dated: July 19, 2016

KARL J. FRISINGER, ESQ.
COOMBS & DUNLAP, LLP

*/s/ Karl J. Frisinger*
KARL J. FRISINGER, ESQ.
*Attorneys for Plaintiff Shawn Brackin*

Dated: July 19, 2016

KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

*/s/ Wil Fong*
WIL FONG
Deputy Attorney General
*Attorneys for Defendants*

1    GOOD CAUSE APPEARING, it is hereby ORDERED that the Pretrial Scheduling Order is
2 modified as follows:
3    1.    The last date for designation of expert testimony and disclosure of full expert reports
4 under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports")
5 shall be September 2, 2016.  In addition, all corresponding expert disclosures, reports, and discovery
6 are continued pursuant to the times set forth in the Case Management Order based on the date of
7 September 2, 2016.
8    2.    The deadline to file dispositive motions is September ~~30~~ 29, 2016.

_____
William H. Alsup
United States District Court Judge