1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    SHAWN BRACKIN,                                        No. C 15-03351 WHA

11                    Plaintiff,

12        v.

13    CALIFORNIA DEPARTMENT OF                              **REQUEST FOR INFORMATION**
      STATE HOSPITALS; NAPA STATE                           **RE GUARDIAN AD LITEM**
14    HOSPITAL; DOLLY MATTEUCCI;
      CINDY BLACK; KATIE COOPER;
15    HAROLD COLLINS; FIONA MONTA;
      ELPIDLO CAPICOY; and DOES 1-20,
16    inclusive,

17                    Defendants.

18    _____/

19            Plaintiff seeks to appoint a guardian ad litem for purposes of settlement.  Counsel

20    specifically ask that plaintiff's father, Frank Brackin, be appointed.  By SEPTEMBER 14 AT

21    NOON, counsel for plaintiff shall state Frank Brackin's age and whether he has any conflict of

22    interest, including whether he will receive any amount of the settlement in any way.  Further,

23    counsel shall please provide the Court with the written settlement agreement, so it can verify

24    how any settlement funds will be used.

25

26

27    Dated:   September 12, 2016.

28                                                          _____
                                                           WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE