United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BRACKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS; NAPA STATE HOSPITAL; DOLLY MATTEUCCI; CINDY BLACK; KATIE COOPER; HAROLD COLLINS; FIONA MONTA; ELPIDLO CAPICOY; and DOES 1-20, inclusive,<br><br>    Defendants.<br>_____ / | No. C 15-03351 WHA<br><br>**FURTHER REQUEST FOR INFORMATION** |

Plaintiff seeks to appoint a guardian ad litem for purposes of settlement. Counsel specifically ask that plaintiff's father, Frank Brackin, be appointed. Plaintiff provided the settlement agreement, but there is no indication of how the settlement funds will be allocated as between plaintiff and his counsel. By **SEPTEMBER 16 AT NOON**, counsel for plaintiff shall please state how the settlement funds will be allocated.

Dated: September 14, 2016.

                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE