```
Karl J. Frisinger, SBN 278773
Coombs & Dunlap, LLP
1211 Division Street
Napa, California 94559
Telephone: (707) 252-9100
Facsimile: (707) 252-8516

Attorneys for Plaintiff
Shawn Brackin
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BRACKIN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS; NAPA STATE HOSPITAL, ET AL,<br><br>　　　　　Defendants. | No. 15-CV-03351-WHA<br><br>PETITION AND [PROPOSED] ORDER TO APPOINT GUARDIAN AD LITEM FOR PURPOSES OF SETTLEMENT<br><br>Trial Date: December 5, 2016<br>Action Filed: June 24, 2015 |

Petitioner states as follows:

1. Petitioner SHAWN BRACKIN is an inpatient at Napa State Hospital.

2. Petitioner has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

3. Petitioner and Defendants have reached a settlement in this matter. Petitioner agrees to the terms of the settlement agreement.

4. However, in an abundance of caution the parties stipulate that having a guardian ad litem appointed to approve of and sign the settlement agreement is in the best interest of justice in bringing this matter to a full and final resolution.

5. Petitioner proposes Mr. Frank Brackin, SHAWN BRACKIN's father, be appointed as the guardian ad litem. Mr. Frank Brackin's address is 1400 Dorchester Avenue Roseville, CA 95678. Mr. Frank Brackin is a competent and responsible person, and

fully competent to act as the guardian ad litem.

6. Mr. Frank Brackin is willing to act as guardian ad litem for petitioner, as appears by his consent below.

7. Ms. Barbara Brackin is the mother of Shawn Brackin and the wife of Mr. Frank Brackin. She agrees and consents to the appointment of Mr. Frank Brackin as the guardian ad litem, as appears by her consent below.

WHEREFORE, petitioner moves this court for an order appointing Frank Brackin as guardian ad litem of petitioner for the purpose of approving and signing the Settlement Agreement in this matter.

Dated: September 8, 2016

KARL J. FRISINGER, ESQ.
COOMBS & DUNLAP, LLP

*/s/ Karl J. Frisinger*
KARL J. FRISINGER, ESQ.
*Attorneys for Plaintiff Shawn Brackin*

Dated: September 8, 2016

KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

*/s/ Wil Fong*
WIL FONG
Deputy Attorney General
*Attorneys for Defendants*

\\
\\
\\
\\
\\
\\
\\
\\

Coombs & Dunlap, LLP

## CONSENT OF SHAWN BRACKIN

I, Shawn Brackin, consent to Frank Brackin acting as guardian ad litem for me in the above action.

DATED: September 8, 2016

Shawn Brackin

## CONSENT OF FRANK BRACKIN

I, Frank Brackin, the nominee and Father of Shawn Brackin, consent to act as guardian ad litem for Shawn Brackin in the above action.

DATED: September 8, 2016

Frank Brackin

## CONSENT OF BARBARA BRACKIN

I, Barbara Brackin, the wife of Frank Brackin and Mother of Shawn Brackin consent to Mr. Frank Brackin as guardian ad litem for Shawn Brackin in the above action.

DATED: September 8, 2016

Barbara Brackin

## ORDER

The petition for an order appointing Frank Brackin as guardian ad litem for petitioner is GRANTED.

DATED: September 19, 2016

UNITED STATES DISTRICT JUDGE