IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN BRACKIN,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF STATE HOSPITALS; NAPA STATE HOSPITAL; DOLLY MATTEUCCI; CINDY BLACK; KATIE COOPER; HAROLD COLLINS; FIONA MONTA; ELPIDLO CAPICOY; and DOES 1-20, inclusive,

    Defendants.

No. C 15-03351 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The parties have represented that all settlement funds will be paid by "mid-December" and ask to continue the case management conference scheduled for December 8, 2016. The case management conference is hereby **CONTINUED** to **JANUARY 12, 2017 AT 11:00 A.M.**, with the expectation that the parties will dismiss the case before that date.

**IT IS SO ORDERED.**

Dated: December 5, 2016.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE