KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
WIL FONG  (SBN 154303)
DANIEL B. ALWEISS  (SBN 191560)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2114
 Facsimile:  (510) 622-2121
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN BRACKIN**,<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF STATE HOSPITALS; et al.**,<br><br>Defendants. | Case No. 15-cv-03351-WHA<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION, AND ~~(Proposed)~~ ORDER**<br><br>Judge            Honorable William Alsup<br>Trial Date:     December 5, 2016<br>Action Filed:  June 24, 2015 |

Plaintiff Shawn Brackin, by and through his guardian ad litem Frank Brackin, and Defendants California Department of State Hospitals, Dolly Matteucci, Cindy Black, Harold Collins, Fiona Monta and Elpidio Capicoy hereby stipulate to the DISMISSAL of this action in its entirety, including all claims against all defendants, with prejudice.  Each side shall bear its own costs and attorneys fees.

**SO STIPULATED:**

Dated:  September 9, 2016                                  KARL J. FRISINGER, ESQ.
                                                                                  COOMBS & DUNLAP, LLP


                                                                                   */s/Karl J. Frisinger*
                                                                                  KARL J. FRISINGER, ESQ.
                                                                                  *Attorneys for Plaintiff Shawn Brackin, by and through his Guardian ad litem Frank Brackin*

1

| | | |
|---|---|---|
| 1 | Dated: September 22, 2016 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | | JEFFREY R. VINCENT<br>Supervising Deputy Attorney General |
| 3 | | |
| 4 | | _/s/Wil Fong_<br>WIL FONG |
| 5 | | Deputy Attorney General<br>*Attorneys for Defendants* |

### ORDER

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.  The Clerk shall please CLOSE THE FILE.

**SO ORDERED.**

Dated: December 29, 2016.

HON. WILLIAM ALSUP
United States District Court Judge

OK2015900431
90696267.docx